```
                    MOZLEY, FINLAYSON & LOGGINS LLP
                              Attorneys at Law
                         One Premier Plaza, Suite 900
                             5605 Glenridge Drive
                           Atlanta, Georgia  30342
                                (404) 256-0700
                         Federal Id. No. 58-1281942
```

---

```
                                                    Invoice #   64629
Stephen M. Smith
PO Box 2448
Norcross, GA  30091                                 August 31, 2011
```

For professional services rendered through August 31, 2011:

RE: 002 Jan R. Smith Const. Ch. 11

| DATE | SERVICES PERFORMED | HOURS | |
|---|---|---|---|
| 07/06/11 | Review proofs of claim for Jan Smith Construction Company (.3). | 0.30/ | JJB |
| 07/12/11 | Preparation of pleadings, check notice requirements, and file with Court (1.00). | 1.00/ | PAB |
| 07/13/11 | File with Court Motion for Private Sale of Equipment and serve parties; check notice requirements; file with Court Substitution of Counsel and serve parties (.70). | 0.70/ | PAB |
| 07/18/11 | Review motion and status of hearing notice (.4); review disclosure documents (.5). | 0.90/ | JJB |
| 07/19/11 | Preparation of notice, check notice requirements, file with Court and serve/mail all parties (2.00). | 2.00/ | PAB |
| 07/19/11 | Research small business exception for case (.3); prepare notice of sale (.3). | 0.60/ | JJB |
| 07/20/11 | File with Court Monthly Operating Report (.3). | 0.30/ | PAB |
| 07/20/11 | Work on and review monthly report (.5); email from Catepillar (.1); work on plan issues and research re same (1.4). | 2.00/ | JJB |
| 07/25/11 | Afer revisions research Motion to designate debtor as small business (.5). | 0.50/ | JJB |
| 07/27/11 | Research Plan of reorganization requirements (2.5); call from Steven Smith re sale of backhoe and insurance (.5); emails from client re sale issues (.2). | 3.20/ | JJB |
| 07/28/11 | Draft plan and disclosure statement after reviewing debtors documents and schedules (3.5); research plan requirements under section 1129 (1.4). | 4.90/ | JJB |

Stephen M. Smith
August 31, 2011

| Date | Description | Hours/Atty |
|---|---|---|
| 07/29/11 | Review Disclosure Statement and review documents re same (.5). | 0.50/ JJB |
| 08/01/11 | Revise plan (.7); review additions to disclosure statement and client comments (.9). | 1.60/ JJB |
| 08/02/11 | Revise disclosure statement (.5); draft motion to designate debtor as small business (1.0). | 1.50/ JJB |
| 08/04/11 | Revise motion for designation as small business case (.4). | 0.40/ JJB |
| 08/05/11 | Finalize plan and joint disclosure statement (.8); finalize motion re small business designation (.3). | 1.10/ JJB |
| 08/10/11 | Receipt of order on small business designation (.2); review notice requirements for plan and disclosure statement (.4); conf. w/PAB re same (.2). | 0.80/ JJB |
| 08/11/11 | Finalize ballots and revise language (.9). | 0.90/ JJB |
| 08/12/11 | Call to judicial assistant re sale of machine and notice problem (.3). | 0.30/ JJB |
| 08/15/11 | Review court hearing notice and check schedule and ballots (.4). | 0.40/ JJB |
| 08/16/11 | Call from creditor re plan issues and voting issue (.3). | 0.30/ JJB |
| 08/19/11 | File with Court MOR July 2011 (.3). | 0.30/ PAB |
| 08/19/11 | Review monthly report draft (.3); draft and review order re sale (.2). | 0.50/ JJB |
| 08/22/11 | Preparation of pleading, check notice, and file with Court (.4). | 0.40/ PAB |
| 08/22/11 | Compose letter to creditors (.5); create order re sale (.3). | 0.80/ JJB |
| 08/24/11 | Receipt and review of ballots re plan (.2). | 0.20/ JJB |
| 08/25/11 | Receipt of ballot and proof of claim | 0.30/ JJB |
| 08/26/11 | Call to client re voting issues and approval of letter (.3); draft and revise application (1.2). | 1.50/ JJB |
| 08/29/11 | Call from Attorney for Traveler's re voting (.3); receipt of order on sale of equipment (.2). | 0.50/ JJB |
| 08/30/11 | Review ballots and claims dockets (.7); research claim issues (.5). | 1.20/ JJB |
| 08/31/11 | Review Waterworks claim and Consolidated Pipe claim and schedules (.6). | 0.60/ JJB |

TOTAL HOURS                                                           30.50

FEES:
    Burton, Joseph Jay    -    25.80 Hrs @    $395.00/hr       $10,191.00
    Breuer, Peggy A.      -     4.70 Hrs @     $95.00/hr           $446.50

TOTAL FEES:                                                        $10,637.50

Stephen M. Smith
August 31, 2011

```
EXPENSES:
    Postage                                          140.80
    Postage                                            0.88
    Postage                                            6.12
    Postage                                           58.24
    Xerox                                            163.80          $369.84
                                                              ---------------
Total Bill Amount                                                 $11,007.34

Balance Forward                                                        $0.00

Available Credit                                                       $0.00
                                                              ---------------
TOTAL AMOUNT DUE                                                  $11,007.34
```



armstrong, LLP
Two Ravinia Drive, Suite 1750
Atlanta,   Georgia   30346
404-892-4144

Stephen M. Smith
Jan R. Smith Construction
PO Box 2448
Norcross, GA 30091

Date:   6/30/2011

Regarding:   Smith Construction
Invoice No:   02646

11356

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/25/2011 | JJB | Review client documents re: Chapter 11 filing issues (1.5); meeting with client re: Chapter 11 questions (1.5); conference with RSA re: legal issues on joint administration (.5); begin filing process (.5) | 4.00 | $1,580.00 |
| 2/25/2011 | LN | Research on representing individual/sole shareholder and corporation in bankruptcy; research issues that arise in multi-debtor representation (2.5) | 2.50 | $625.00 |
| 2/26/2011 | LN | Continue research of multi-debtor representation issues and facts that courts will consider (1.0); research on issues relating to joint administration (.5) | 1.50 | $375.00 |
| 2/28/2011 | JJB | Finalize & file Chapter 11 Petition (.3) & meeting with client re: Chapter 11 Creditor lists, cash collateral & credit counseling issues (1.5) | 1.80 | $711.00 |
| 2/28/2011 | LN | Finalize research and draft memo on multi-debtor representation and joint administration of cases (1.0) | 1.00 | $250.00 |
| 2/28/2011 | PAB | Prepare and file with Court Ch. 11 skeletal filing (2.0) | 2.00 | $200.00 |
| 3/02/2011 | PAB | Call from client re: filings (.3); two (2) calls from SunTrust Bank | 0.65 | $65.00 |

Burton & Armstrong, LLP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | re: new filing (.3); sent fax to SunTrust re Smith's bankruptcy filing (.05) | | |
| 3/03/2011 | JJB | Finalize Motion for Joint Administration (.3) | 0.30 | $118.50 |
| 3/04/2011 | JJB | Receipt of emails re: problems with filing (.1) | 0.10 | $39.50 |
| 3/07/2011 | JJB | Create first draft of Schedules & Statement of Affairs (1.5); review extensive client documents (1.8) | 3.30 | $1,303.50 |
| 3/08/2011 | JJB | Revise Statement of Affairs (.5); receipt & review of two (2) Proof of Claims (.1) | 0.60 | $237.00 |
| 3/08/2011 | JJB | Revise Schedules (1.0); prepare for & attend IDI hearing on phone (.5) | 1.50 | $592.50 |
| 3/09/2011 | JJB | Review Order entered on Motion for Joint Administration (.1) | 0.10 | $39.50 |
| 3/09/2011 | JJB | Call to client re: status of construction bidding (.3) | 0.30 | $118.50 |
| 3/14/2011 | JJB | Emails to & from client re: cash collateral issues & constraints (.3) | 0.30 | $118.50 |
| 3/14/2011 | JJB | Review new client documents (1.0); revise Debtor's Schedules after receiving client's new documents (.8); conference with client re: same (.3) | 2.10 | $829.50 |
| 3/14/2011 | PAB | Meeting with client re: Final Schedules and Statement of Affairs (1.0); prepare for and file said documents with court (1.0) | 2.00 | $200.00 |
| 3/15/2011 | JJB | Create Statement of Affairs amendments (1.5) & review documents for 341 Hearing (1.0) | 2.50 | $987.50 |
| 3/21/2011 | PAB | Email to client re: 341 meeting date change and reminder to take financial on-line course, (.1); file notice with Court (.2) | 0.30 | $30.00 |
| 3/28/2011 | JJB | Call to client re: documents needed for Court (.3); receipt & review Proof of Claim (.05) | 0.35 | $138.25 |
| 3/31/2011 | JJB | Conference with accountants for client (.2); receipt & review emails re: accounting questions (.2) | 0.40 | $158.00 |
| 4/04/2011 | JJB | Call to client re: status of case & contracts (.3) | 0.30 | $118.50 |

Burton & Armstrong, LLP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/05/2011 | JJB | Receipt & review of three (3) emails re: status of new contract bidding (.2) | 0.20 | $79.00 |
| 4/11/2011 | JJB | Receipt & review Notice of Response (.5); prepare for 341 Hearing (1.0) | 1.50 | $592.50 |
| 4/13/2011 | JJB | Prepare for and attend 341 Hearing with client (1.5) | 1.50 | $592.50 |
| 4/18/2011 | JJB | Calls to and from client re: Peoples finance position(.4) | 0.40 | $158.00 |
| 4/19/2011 | JJB | Emails to and from Cranshaw re: cash collateral issues (.2) | 0.20 | $79.00 |
| 4/19/2011 | JJB | Prepare for Status Hearings on state of construction contracts (1.0); conference with client re: same (.2) | 1.20 | $474.00 |
| 4/20/2011 | JJB | Prepare for and attend Status Hearing with client re: Motion to Lift Stay & Motion to Approve Use of Cash Collateral (2.5) | 2.50 | $987.50 |
| 4/21/2011 | JJB | Revise Monthly Reports (.7); several calls to client re: same (.3); review, revise & finalize Stipulation re: Cash Collateral (.8) | 1.80 | $711.00 |
| 4/25/2011 | JJB | Conference with client re: status of insurance payment (.3); continued to revise Stipulation for use of cash collateral (.3) | 0.60 | $237.00 |
| 4/26/2011 | JJB | Conference with client re: insurance coverage (.3) | 0.30 | $118.50 |
| 4/29/2011 | JJB | Call from client re: new bids & insurance problems with equipment (.4) | 0.40 | $158.00 |
| 5/02/2011 | JJB | Check on status of insurance questions & continued coverage with client (.3) | 0.30 | $118.50 |
| 5/03/2011 | JJB | Research insurance questions (.5); call to client re: status of new contracts & bids (.3); emails to and from client re: contracts (.2) & counsel for creditor Peoples (.2) | 1.20 | $474.00 |
| 5/05/2011 | JJB | Check on status of insurance (.1) | 0.10 | $39.50 |
| 5/09/2011 | JJB | Call to client to check on status of bidding for contracts (.3) | 0.30 | $118.50 |
| 5/16/2011 | JJB | Conference with PAB re: status of new contracts to bid (.2) | 0.20 | $79.00 |

Burton & Armstrong, LLP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/16/2011 | PAB | Conference with JJB re: status of new client construction contracts (.3) | 0.30 | $30.00 |
| 5/19/2011 | JJB | Review email re: meeting on new contracts (.1) | 0.10 | $39.50 |
| 5/23/2011 | JJB | Receipt & review of several emails re: cash collateral from Peoples (.2) | 0.20 | $79.00 |
| 5/24/2011 | JJB | Call re: insurance needed and contracts to be bid (.2); calls to and from Cranshaw re: equipment (.3); emails to and from Cranshaw re: same (.2) | 0.70 | $276.50 |
| 5/25/2011 | JJB | Call from client re: proposed sale of equipment (.3); emails to Peoples' lawyer re: proposed sale (.1) | 0.40 | $158.00 |
| 5/26/2011 | JJB | Call to client re: proposed sale of equipment (.3) | 0.30 | $118.50 |
| 5/27/2011 | JJB | Conference with client re: 50/50 split of proceeds with Peoples (.3) | 0.30 | $118.50 |
| 6/01/2011 | JJB | Draft Motion to Sell Equipment (1.0); research UCC issues (.5); review loan documents from People's Finance (.3); create Notice (.3); revise & finalize Motion to Sell Equipment (.3) | 2.40 | $948.00 |
| 6/02/2011 | JJB | Draft & file Motion to Shorten Notice (1.0); conference with PAB re: same (.2) | 1.20 | $474.00 |
| 6/04/2011 | JJB | Emails to Cranshaw re: sale (.2); letters to opposing attorney re: sale (.4) | 0.60 | $237.00 |
| 6/10/2011 | JJB | Emails & calls to Cranshaw & client re: budget & proposed cash collateral Consent Order (.7) | 0.70 | $276.50 |
| 6/14/2011 | JJB | Prepare for (.8) and attend hearings on Motion to Sell Equipment (2.1); draft Order re: same (.7); review & revise budget (.8); emails to & from Cranshaw re:cash collateral (.3) | 4.60 | $1,817.00 |
| 6/15/2011 | JJB | Revise Order after Peoples' input (.4) | 0.40 | $158.00 |
| 6/16/2011 | JJB | Receipt & review of Sale Order from Court (.2) | 0.20 | $79.00 |
| 6/17/2011 | JJB | Receipt & review Orders re: Cash Collateral (.5); email to client re: status (.1) | 0.60 | $237.00 |

Burton & Armstrong, LLP

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/20/2011 | JJB | Review, revise & file Monthly Report with Court (1.5); conference with client re: cash collateral issues (.3) | 1.80 | $711.00 |
| 6/22/2011 | JJB | Review Motion to Dismiss filed in Etowah, Alabama as to Debtor (.1) | 0.10 | $39.50 |
| | | **Total Fees** | 55.50 | $19,648.75 |

## Expenses

| Date | Description | Charges |
|---|---|---|
| 2/28/2011 | Postage costs for February 2011 | $3.00 |
| 3/10/2011 | Court costs: Amendment to Schedules efiling fee | $26.00 |
| 3/31/2011 | Postage costs for March 2011 | $3.00 |
| 3/31/2011 | Facsimile costs for March 2011 | $15.00 |
| 4/29/2011 | Facsimile costs for April 2011 | $54.00 |
| 4/29/2011 | Postage costs for April 2011 | $51.00 |
| 6/30/2011 | Facsimile costs for June 2011 | $6.00 |
| 6/30/2011 | Postage costs for June 2011 | $30.00 |
| | **Total Expenses** | $188.00 |

**Total New Charges** $19,836.75