

armstrong, LLP
Two Ravinia Drive, Suite 1750
Atlanta, Georgia 30346
404-892-4144

Stephen M. Smith
Jan R. Smith Construction
PO Box 2448
Norcross, GA 30091

Date:    6/30/2011

Regarding: Smith
Invoice No: 02645

11357

## Services Rendered

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/25/2011 | JJB | Meeting with client to discuss & file Chapter 11 (1.5); review information for Schedules & other client documents (1.8) | 3.30 | $1,303.50 |
| 2/28/2011 | JJB | Draft Application to Employ (1.0), draft Motion for Joint Administration (1.0); research & review other possible 1st day issues (1.5) | 3.50 | $1,382.50 |
| 3/01/2011 | JJB | Receipt & review several emails re: filing issues, creditor lists & Chapter 11 instructions (1.3); receipt & review of Notice of Deficient Filings (.05) | 1.35 | $533.25 |
| 3/03/2011 | JJB | Revise and file Motion for Joint Administration Order (.7) and Application to be Employed (.5) | 1.20 | $474.00 |
| 3/07/2011 | JJB | Begin to draft Schedules & Statement of Affairs & review initial IDI documents (2.5) | 2.50 | $987.50 |
| 3/08/2011 | JJB | Revise Schedules & Statement of Affairs (1.5); prepare for & attend IDI hearing by phone (.5) | 2.00 | $790.00 |
| 3/11/2011 | PAB | Finalize and file with Court Schedules and Statement of Affairs (1.5); several calls to client re: schedule questions (.4) | 1.90 | $190.00 |

Burton & Armstrong, LLP

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 3/15/2011 | JJB | Conference with Mr. & Mrs. Smith re: status of cases (.5) | 0.50 | $197.50 |
| 4/13/2011 | JJB | Prepare for and attend 341 Hearing with clients (1.0) | 1.00 | $395.00 |
| 4/21/2011 | JJB | Review & revise monthly reports (1.0) | 1.00 | $395.00 |
| 4/29/2011 | DAB | Call to client re: insurance coverage documentation and request for same (.3); email to creditor re: insurance questions (.2) | 0.50 | $50.00 |
| 5/20/2011 | JJB | Review & revise Monthly Report (.5); call to client re: Motion to Sell Equipment (.3) | 0.80 | $316.00 |
| 6/10/2011 | JJB | Call from client re: car payments & issues (.3) | 0.30 | $118.50 |
| | | **Total Fees** | 19.85 | $7,132.75 |

## Expenses

| Date | Description | Charges |
|---|---|---|
| 2/28/2011 | Postage costs for February 2011 | $6.00 |
| 2/28/2011 | Facsimile costs for February 2011 (140+ pages) | $198.00 |
| 3/10/2011 | Court costs: Amendment to Schedules efiling fee | $26.00 |
| 3/31/2011 | Postage costs for March 2011 | $42.00 |
| 3/31/2011 | Facsimile costs for March 2011 | $68.00 |
| 4/29/2011 | Facsimile costs for April 2011 | $81.00 |
| 4/29/2011 | Postage costs for April 2011 | $51.00 |
| 6/30/2011 | Postage costs for June 2011 | $24.00 |
| | **Total Expenses** | $496.00 |

Total New Charges

$7,628.75

MOZLEY, FINLAYSON & LOGGINS LLP
Attorneys at Law
One Premier Plaza, Suite 900
5605 Glenridge Drive
Atlanta, Georgia  30342
(404) 256-0700
Federal Id. No. 58-1281942

---

Stephen M. Smith
PO Box 2448
Norcross, GA 30091

Invoice #  64627

August 31, 2011


For professional services rendered through August 31, 2011:

RE: 001 Smith Ch. 11

| DATE | SERVICES PERFORMED | HOURS | |
|---|---|---|---|
| 07/06/11 | Review court orders on cash collateral and sales of equipment free and clear (.3); review Ally order (.1); review BAC home loan servicing notice of appearance in case (.1); research use of small business code provisions and related issues (1.0); review four proofs of claim filed in matter (.3). | 1.80/ | JJB |
| 07/08/11 | Check on status of deadline for report (.3). | 0.30/ | JJB |
| 07/11/11 | Review plan issues and research plan requirements (1.5); review schedules re debt structure (.4); meet with client re ideas for plan (1.5); prepare report to court (.6). | 4.00/ | JJB |
| 07/11/11 | Check on status of report (.3). | 0.30/ | JJB |
| 07/12/11 | File pleading ECF with Court, check notice requirements, and mail certificate of service (.5). | 0.50/ | PAB |
| 07/12/11 | Draft and finalize Report to court (.5). | 0.50/ | JJB |
| 07/13/11 | Travel to court to attend status conference and return (2.5). | 2.50/ | JJB |
| 07/15/11 | Receipt and review of proof of claims of BAC bank (.2). | 0.40/ | JJB |
| 07/20/11 | File Monthly Operating Report with Court (.3). | 0.30/ | PAB |
| 07/20/11 | Review monthly report (.1). | 0.10/ | JJB |
| 07/25/11 | Work on plan and disclosure statement (.5). | 0.50/ | JJB |
| 07/28/11 | Draft Debtor's Plan and review schedules and documents re same (2.5); research 11 USC Section 1115 re requirements for plan and voting issues (.5). | 3.00/ | JJB |
| 07/29/11 | Revise application (.4). | 0.40/ | JJB |
| 08/01/11 | Revise plan (.6); research disposable income | 1.10/ | JJB |

Stephen M. Smith  
August 31, 2011

```
                   (.5).
08/02/11   Review disclosure statement documents (.8).           0.80/ JJB
08/03/11   Review new documents (.5).                            0.50/ JJB
08/04/11   Revise and finalize plan (.5).                        0.50/ JJB
08/05/11   Finalize joint disclosure statement (.7).             0.70/ JJB
08/10/11   Receive order re plan and disclosure statement        0.50/ JJB
           (.3); conf w/PAB re notice requirements (.2).
08/11/11   Review and finalize ballots for both plans and        1.50/ JJB
           supervise notice issues re same (1.5).
08/19/11   File with Court MOR for July 2011 (.3).               0.30/ PAB
08/19/11   Review monthly report (.2).                           0.20/ JJB
08/30/11   Review claims and call from attorney for              0.40/ JJB
           Travelers (.4).
                                                                 -------
TOTAL HOURS                                                       21.10

FEES:
    Burton, Joseph Jay    -    20.00 Hrs @    $395.00/hr      $7,900.00
    Breuer, Peggy A.      -     1.10 Hrs @    $ 95.00/hr        $104.50
                                                             ----------
TOTAL FEES:                                                   $8,004.50

EXPENSES:
    Postage                                       3.52
    Xerox                                        77.70
    Xerox                                        93.90          $175.12
                                                             ----------
Total Bill Amount                                             $8,179.62

Balance Forward                                                    $0.00

Available Credit                                                   $0.00
                                                             ----------
TOTAL AMOUNT DUE                                              $8,179.62
```